```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

APOGEE WAUSAU GROUP, INC.        :        CIVIL ACTION
                                 :
     v.                          :
                                 :
PMC PROPERTY GROUP, INC.         :        NO. 22-3690
```

## ORDER

AND NOW, this 10th day of June 2024, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant PMC Property Group, Inc. for leave to join 30 North 23rd Street Associates, LLC, FKA 23rd Street Lot B Owner LLC as co-defendant under F.R.C.P. 19, 20 or in the alternative, motion for leave to amend its answer and counterclaim under F.R.C.P. 15 (Doc. # 56) is DENIED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                       J.